**Sheridan Realty Company, appellee, v. David Brown, appellant. Gen. No. 28,718.**

Action to recover commission for procuring tenant. Judgment

for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed October 30, 1924. Rehearing denied November 12, 1924.

Pritzker & Pritzker, for appellant. Church, Haft & Robertson, for appellee.

Mr. Justice Taylor delivered the opinion of the court.